# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                          Date:   September 10, 1999

| | |
|---|---|
| UNITED STATES OF AMERICA    * | |
| Plaintiffs    * | |
| vs.    * | Civil 97-1528 (PG) |
| ASSORTED JEWELRY VALUED    * | |
| AT $11,760.00    * | |
| Defendants    * | |

By Order of the Court a second status conference in the above captioned case, is hereby set for **Thursday, September 23, 1999,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lida Isis Egelé
　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

s/c:   AUSA Javier Santos Mimoso
　　　 Luis R. Rivera

