# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE: September 23, 1999

COURTROOM DEPUTY: Lida Isis EGELE          CIVIL CASE: 97-1528 (PG)

===============================================================

UNITED STATES OF AMERICA                     Attorneys:  AUSA Javier SANTOS MIMOSO

vs.

ASSORTED JEWELRY VALUED                      Luis Rafael RIVERA (late)
AT $11,760.00

===============================================================

SECOND STATUS CONFERENCE held in chambers. The government made a settlement offer which hasn't been responded to. The government's interrogatories haven't been answered either.

The claimant Victor Rosado is granted 15 days to answer the interrogatories, or accept the settlement offer, or sanctions will be imposed, which could include striking his claims.

Lida Isis EGELE
Courtroom Deputy

s/c:   AUSA Santos and Luis Rivera