UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff(s)

    v.                        Civ. No. 97-1528 (PG)

ASSORTED JEWELRY VALUED
AT $11,760.00
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #20 - Claimant Victor Rosado's Petition Of Withdraw Of Claim. | Granted |

Date: December 7, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge