**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
99 DEC 15 PM 2:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
    Plaintiff,

       v.                             Civ. No. 97-1528 (PG)

ASSORTED PIECES OF JEWELRY
VALUED AT $11,760.00
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #22 - Motion For Entry Of Default Decree. | *Granted* |

**Date:** December *15* , 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge