ENTERED ON DOCKET
12/15/99 PURSUANT
TO FRCP RULES 58 & 79

99 DEC 15 PM 2:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

```
                                    *
UNITED STATES OF AMERICA,           *
                                    *
        Plaintiff,                  *
                                    *
   v.                               *   Civ. No. 97-1528(PG)
                                    *
ASSORTED JEWELRY VALUED             *
AT $11,760.00,                      *
                                    *
        Respondent.                 *
                                    *
-----------------------------------*
```

### JUDGMENT

The Court has granted defendant's petition for withdrawal of claimant. (Docket #20). Therefore judgment shall be entered in favor of the United States of America as against ASSORTED JEWELRY VALUED AT $11,760.00

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

San Juan, Puerto Rico, December 14, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)